UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOAN NEWBERGER,

       Plaintiff,

vs.                                          Case No. 3:07-cv-585-J-HTS

MICHAEL J. ASTRUE,
Commissioner of the
Social Security
Administration,

       Defendant.

## **O R D E R**

This cause is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (Doc. #24; Motion), filed on April 1, 2008.

Pursuant to 28 U.S.C. § 1915(a)(1), "any court of the United States may authorize" an appeal "without prepayment of fees or security therefor" where "the person is unable to pay such fees or give security[.]"  Attached to the Motion is an affidavit demonstrating Plaintiff's indigence.

Accordingly, upon consideration, it is hereby

**ORDERED:**

The Motion (Doc. #24) is **GRANTED** and Plaintiff may proceed on appeal in forma pauperis.

**DONE AND ORDERED** at Jacksonville, Florida, this  day of April, 2008.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of record
    and pro se parties, if any